FROM: (302) 475-9501  SHIP DATE: 06JAN24
FedEX Office  ACTWGT: 0.52 LB
4120 Concord Pike  CAD: 251115902/WSXI3600
Wilmington DE 19803
US  BILL 3rd PARTY

TO **Clerk of Court D. Del. Ct.**

**844 North King St Unit 18**

**Wilmington DE 19801**
(302) 573-6170   REF:
INV:
PO:   DEPT:



FedEx Ground

G

J234023101501uv

TRK# 7889 6638 5963

19801

9622 0417 3 (000 000 0000) 0 00 7889 6638 5963



---

0197 TUE 01/09 08:49 SM-ID 6977292   G
CLERK OF COURT D. DEL. CT.
844 N KING ST     19801-3519-18
UNIT 18
WILMINGTON DE
**273-5020**
ETP: 1   SP:PD:100:v
9622041730005242394800788966385963

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE