OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

January 23, 2024

**Raj K. Patel**
6850 East 21st Street
Indianapolis, IN 46219

     **RE:   1:24-cv-00021-MN**
     **Patel v. The United Parcel Services – DEFICIENCY NOTICE**

Dear Mr. Patel,

     Papers have been received by the Clerk's Office on 01/09/2024 for filing in the above matter which do not conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local Rules 5.2.(b) and/or 5.3.

     Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, you **must sign each document** and return them to the Clerk's Office.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

    KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

     Sincerely,

      Randall C. Lohan
      CLERK OF COURT

s/vfm

Enc.   Page 2 of D.I. 1 Motion for Leave to Proceed in Forma Pauperis
       Page 30 of D.I. 2 Complaint