4. Amount of money that I have in cash or in a checking or savings account: $ _____ 100.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

n/a

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

$120 phone bill that got disconnected, but $15/month for prepaid; $1200/month credit card repayment; $1,500 food expense: I have medical expense and transportation expenses too at over $100/month

I do not have sufficient funds; only have lunch money; parents are not giving money to me anymore; mailing costs

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

n/a

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I have over $40,000 in debt;

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 01/06/2024

/s/ Raj K. Patel
*Applicant's signature*

Raj K. Patel
*Printed name*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Pl.-Raj K. Patel's forgoing filing on 1/6/2024 to below individuals via FedEx:

**United Parcel Service ("UPS")**
c/o CORPORATION SERVICE COMPANY
251 Little Falls Drive
Wilmington, DE 19808

Respectfully submitted,

/s/ Raj Patel
T.E., T.E/ Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: January 6, 2024

Raj Patel
6850 E. 21st Street
Indianapolis, IN 46219



INDIANAPOLIS IN  460

29 JAN 2024  PM 2  L



U.S.M.S. X-RAY

U.S. District Court
Office of Clerk
844 North King Street, Unit 18
Wilmington, DE 19801-3570

19801-357099