IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED PARCEL SERVICES INC.,<br><br>*Defendant* | No. 1:24-cv-0021-MN |

**FED. R. CIV. P. 55(b)(2) DEFAULT JUDGEMENT ENTERED BY COURT**

This action came on for hearing on the motion of the plaintiff for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the defendants having been duly served with the summons and complaint and not being an infant or an unrepresented incompetent person and having failed to plead or otherwise defend, and their default having been duly entered and the defendants having taken no proceedings since such default was entered,

Defendant The United Parcel Services, Inc. shall cause payment to Plaintiff Raj K. Patel for of $98,000,000.00 (ninety-eight million dollars) in damages, and $50 (fifty dollars) in costs, for a total of $98,000,050.00 (ninety-eight million and fifty dollars). The recovery shall carry the interest at the rate of twenty (20) percent annum from the date of this judgment.

**IT IS ORDERED AND ADJUDGED that here set forth relief granted to plaintiff.**

**SO ORDERED AND ADJUGED** This _____ day of February 2024.

_____
THE HON. MARYELLEN NOREIKA
United States District Court Judge