IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED PARCEL SERVICES INC.,<br><br>*Defendant* | No. 1:24-cv-0021-MN |

**PLAINTIFF RAJ K. PATEL'S FED. R. CIV. P. 55(b)(1)
ENTRY OF DEFAULT JUDGMENT BY CLERK**

**COMES NOW** the Clerk of Court after receiving Plaintiff Raj K. Patel Fed. R. Civ. P. 55 application for Default Judgement.  Under Fed. R. Civ. P. 55(b)(1), the clerk "must" enter default judgment.

Defendant The United Parcel Services, Inc. shall cause payment to Plaintiff Raj K. Patel for of $9,800,000.00 (nine million eight-hundred thousand dollars) in damages and $50 (fifty dollars) in costs, for a total of $9,800,050.00 (nine million eight-hundred thousand and fifty dollars).  Fed. R. Civ. P. 55(b)(1).  The recovery shall carry the interest at the rate of twenty (20) percent annum from the date of this judgment.

Plaintiff Patel shall pay the filing of $405.00 upon receiving compensation.

**SO ORDERED this _____ day of March 2024.**

_____
RANDALL C. LOHAN
United States District Court for the
District of Delaware Clerk