### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED PARCEL SERVICES INC.,<br><br>*Defendant* | No. 1:24-cv-0021-MN |

### PLAINTIFF RAJ K. PATEL'S DOCKET ENTRY OF DEFAULT

Default "must" enter against defendant this _____ day of March, 2024. Fed. R. Civ. P. 55(a).

_____
RANDALL C. LOHAN
United States District Court for the
District of Delaware Clerk