## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED PARCEL SERVICES INC.,<br><br>*Defendant* | No. 1:24-cv-0021-MN |

### PLAINTIFF RAJ K. PATEL'S FED. R. CIV. P. 55(b)(1)
### ENTRY OF DEFAULT JUDGMENT BY CLERK

**COMES NOW** the Clerk of Court after receiving Plaintiff Raj K. Patel Fed. R. Civ. P. 55 application for Default Judgement. Under Fed. R. Civ. P. 55(b)(1), the clerk "must" enter default judgment.

Defendant The United Parcel Services, Inc. shall cause payment to Plaintiff Raj K. Patel for battery (IN), invasion of privacy unreasonable intrusion (GA), and IIED (IN) for a total of $20,250,000.00 (twenty million two hundred fifty thousand dollars) in damages, with the category of damages being found in Patel's Supporting Affidavit, and $50 (fifty dollars) in costs, for a total of $20,250,050.00 (twenty million two hundred fifty thousand and fifty dollars). The recovery shall carry the interest at the rate of twenty (20) percent annum from the date of this judgment. Plaintiff Patel shall in reasonable time pay the filing of $405.00 upon receiving damages.

**SO ORDERED** this _____ day of March 2024.

_____
RANDALL C. LOHAN
United States District Court for the
District of Delaware Clerk